```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

MAE NELL THOMAS,                  *

    Plaintiff,                *

vs.                               *
                                          CASE NO. 4:14-CV-50 (CDL)
NEW MERCY COMMUNITY LIVING        *
ARRANGEMENT INCORPORATED;
MICKINA BERSHELLE BROOKS; E & I   *
HELPING HANDS PERSONAL CARE
HOME, INC.; and BETTY THOMAS      *
DAY,
                                  *
    Defendants.

## O R D E R

Plaintiff Mae Nell Thomas asserted claims against Defendants under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* Defendants E & I Helping Hands Personal Care Home, Inc. and Betty Thomas Day did not respond to the Complaint or otherwise defend this action, and the Court granted a motion for default judgment in Plaintiff's favor against those Defendants. Order on Mot. for Default J., ECF No. 28. Plaintiff now seeks an award of attorney's fees and litigation costs. The Court finds that using the lodestar method, Plaintiff sufficiently proved that her reasonable litigation expenses amounted to $8,588.24. Plaintiff's motion for attorney's fees (ECF No. 30) is granted. Plaintiff is hereby awarded attorney's fees of $8,002.00 and litigation costs of

$586.24 against E & I Helping Hands Personal Care Home, Inc. and Betty Thomas Day.

The Default Judgment entered on December 3, 2014 (ECF No. 29) shall be amended to include today's award of attorney's fees and costs, and the Clerk is directed to enter a final Amended Judgment in the total amount of $48,270.74 against Defendants E & I Helping Hands Personal Care Home, Inc. and Betty Thomas Day.

IT IS SO ORDERED, this 17th day of February, 2015.

_S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA