IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MAE NELL THOMAS, | * |
| Plaintiff, | * |
| v. | Case No.   4:14-CV-50 (CDL) |
| | * |
| NEW MERCY COMMUNITY LIVING ARRANGEMENT INCORPORATED; MICKINA BERSHELLE BROOKS; E & I HELPING HANDS PERSONAL CARE HOME, INC.; and BETTY THOMAS DAY, | * * * |
| Defendants. | |

## AMENDED JUDGMENT

Pursuant to this Court's Order dated November 26, 2014, and for the reasons stated therein, JUDGMENT was entered in favor of Plaintiff and against Defendants E & I Helping Hands Personal Care Home, Inc., and Betty Thomas Day, individually and jointly, in the amount of $39,682.50 plus interest and costs.

Pursuant to this Court's Order dated February 17, 2015, and for the reasons stated therein, that JUDGMENT is hereby amended in favor of Plaintiff and against Defendants E & I Helping Hands Personal Care Home, Inc., and Betty Thomas Day, individually and jointly, in the amount of $48,270.74 which includes attorney's fees of $8,002.00 and litigation costs of $586.24.  These amounts shall accrue interest from the date of entry of judgment at the rate of .24 % per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 24th day of February, 2015.

William E. Tanner, Clerk

s/ Terrie L. Potts, Deputy Clerk